JOSEPH S. ALLERHAND (to be admitted pro hac vice)
*joseph.allerhand@weil.com*
ROBERT F. CARANGELO (to be admitted pro hac vice)
*robert.carangelo@weil.com*
STACY NETTLETON (to be admitted pro hac vice)
*stacy.nettleton@weil.com*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

ALAN A. GREENBERG, State Bar No. 150827
  *AGreenberg@GGTrialLaw.com*
BRET D. HEMBD, State Bar No. 272826
  *BHembd@GGTrialLaw.com*
ADAM SECHOOLER, State Bar No. 293860
  *ASechooler@GGTrialLaw.com*
GREENBERG GROSS LLP
650 Town Center Drive, Suite 1750
Costa Mesa, California 92626
Telephone: (949) 383-2800
Facsimile: (949) 383-2801

Attorneys for Defendant
AMERICAN INTERNATIONAL GROUP, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| Pacific Investment Management Company LLC, for and on behalf of PIMCO Funds: PIMCO California Intermediate Municipal Bond Fund; PIMCO Funds: PIMCO California Short Duration Municipal Income Fund; PIMCO Combined Alpha Strategies Master Fund LDC; PIMCO Global Credit Opportunity Master Fund LDC; PIMCO Funds: Private Account Portfolio Series High Yield Portfolio; PIMCO Funds: Private Account Portfolio Series Investment Grade Corporate Portfolio; PIMCO Funds: Private Account Portfolio Series Mortgage Portfolio; PIMCO Absolute Return Strategy II Trust, a Sub-Trust of PIMCO Cayman Unit Trust; PIMCO Absolute Return Strategy II Master Fund LDC; PIMCO Absolute Return | Case No. 8:15-CV-00687<br><br>**NOTICE OF REMOVAL** |

Case No. 8:15-CV-00687
NOTICE OF REMOVAL

Strategy III Master Fund LDC; PIMCO Absolute Return Strategy V Master Fund LDC; PIMCO Bermuda Trust: PIMCO Euro Total Return Fund; PIMCO Bermuda Trust II:  PIMCO Bermuda Global Aggregate Ex-Japan Bond Fund (M); PIMCO Bermuda Trust II:  PIMCO Bermuda U.S. High Yield Fund II (M); PIMCO Bermuda Trust II:  PIMCO Bermuda JGB Floater Foreign Strategy Fund; PIMCO Bermuda Trust IV:  PIMCO Bermuda Global Bond Ex-Japan Fund; PIMCO Bermuda Trust IV:  PIMCO Global High Yield Strategy Fund; PIMCO Bermuda Trust II:  PIMCO Bermuda U.S. High Yield Fund (M); PIMCO Cayman Trust:  PIMCO Cayman Australian Multi-Sector Fund; PIMCO Cayman Trust:  PIMCO Cayman Foreign Bond Fund; PIMCO Cayman Trust:  PIMCO Cayman Global Aggregate Ex-Japan (Yen-Hedged) Bond Fund II; PIMCO Cayman Trust: PIMCO Cayman Global Aggregate Bond Fund; PIMCO Cayman Trust: PIMCO Cayman Global Aggregate Ex-Japan Bond Fund; PIMCO Cayman Trust:  PIMCO Cayman Global Aggregate Ex-Japan Income Fund; PIMCO Cayman Trust:  PIMCO Cayman Global Credit Alpha Fund; PIMCO Cayman Trust:  PIMCO Cayman Global Ex-Japan (Yen-Hedged) Bond Fund; PIMCO Cayman Trust - PIMCO Cayman Global High Income Fund; PIMCO Cayman Trust: PIMCO Cayman Global High Income (Yen-Hedged) Fund; PIMCO Cayman Trust:  PIMCO Cayman U.S. Bond Fund; PIMCO Cayman Trust:  PIMCO Cayman U.S. Total Return Fund; PIMCO Funds:  PIMCO Convertible Fund; PIMCO Funds:  PIMCO Floating Income Fund; PIMCO Funds:  PIMCO Foreign Bond Fund (Unhedged); PIMCO Funds:  PIMCO Foreign Bond Fund (U.S. Dollar-Hedged); PIMCO Funds:  PIMCO Fundamental IndexPLUS® AR Fund; Equity Trustees Limited as responsible entity for PIMCO Global Bond Fund; PIMCO Funds:  PIMCO Global Bond Fund (Unhedged); PIMCO Funds:  PIMCO Global Bond Fund (U.S. Dollar-

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20 | Hedged); PIMCO Bermuda Trust IV: PIMCO Global Bond Strategy Fund; PIMCO Funds:  PIMCO High Yield Fund; PIMCO Funds:  PIMCO High Yield Municipal Bond Fund; PIMCO Funds:  PIMCO Investment Grade Corporate Bond Fund; PIMCO Funds: PIMCO Long Duration Total Return Fund; PIMCO Funds:  PIMCO Mortgage-Backed Securities Fund; PIMCO Funds:  PIMCO Real Return Asset Fund; PIMCO Funds:  PIMCO Real Return Fund; PIMCO Funds: PIMCO Small Cap StocksPLUS® AR Strategy Fund; PIMCO Funds:  PIMCO StocksPLUS® Long Duration Fund; PIMCO Funds:  PIMCO StocksPLUS® Absolute Return Fund; PIMCO Funds: PIMCO StocksPLUS® AR Short Strategy Fund; PIMCO Funds:  PIMCO Total Return Fund; PIMCO Variable Insurance Trust:  PIMCO Global Bond Portfolio (Unhedged); PIMCO Variable Insurance Trust:  PIMCO High Yield Portfolio; PIMCO Funds:  Global Investors Series plc, Global Bond Ex-US Fund; PIMCO Funds:  Global Investors Series plc, Global Bond Fund; PIMCO Funds:  Global Investors Series plc, Global High Yield Bond Fund; PIMCO Funds:  Global Investors Series plc, Global Investment Grade Credit Fund; PIMCO Funds:  Global Investors Series plc, High Yield Bond Fund; Fixed Income Shares:  Series C; Fixed Income Shares:  Series M; PIMCO Corporate & Income Opportunity Fund; PIMCO Corporate & Income Strategy Fund; and PIMCO High Income Fund, |
| 21 | Plaintiffs, |
| 22 | v. |
| 23 | American International Group, Inc., |
| 24 | Defendant. |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Case No. 8:15-CV-00687

NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1441, Defendant American International Group, Inc. ("AIG") hereby removes the civil action commenced by Plaintiffs Pacific Investment Management Company LLC ("PIMCO")[1] in the Superior Court of the State of California, County of Orange, to

---

[1] As alleged in the California Action, Pacific Investment Management Company LLC brings the action for and on behalf of the following 63 funds it manages and/or advises: PIMCO California Intermediate Municipal Bond Fund; PIMCO Funds:  PIMCO California Short Duration Municipal Income Fund; PIMCO Combined Alpha Strategies Master Fund LDC; PIMCO Global Credit Opportunity Master Fund LDC; PIMCO Funds:  Private Account Portfolio Series High Yield Portfolio; PIMCO Funds:  Private Account Portfolio Series Investment Grade Corporate Portfolio; PIMCO Funds:  Private Account Portfolio Series Mortgage Portfolio; PIMCO Absolute Return Strategy II Trust, a Sub-Trust of PIMCO Cayman Unit Trust; PIMCO Absolute Return Strategy II Master Fund LDC; PIMCO Absolute Return Strategy III Master Fund LDC; PIMCO Absolute Return Strategy V Master Fund LDC; PIMCO Bermuda Trust:  PIMCO Euro Total Return Fund; PIMCO Bermuda Trust II:  PIMCO Bermuda Global Aggregate Ex-Japan Bond Fund (M); PIMCO Bermuda Trust II:  PIMCO Bermuda U.S. High Yield Fund II (M); PIMCO Bermuda Trust II:  PIMCO Bermuda JGB Floater Foreign Strategy Fund; PIMCO Bermuda Trust IV:  PIMCO Bermuda Global Bond Ex-Japan Fund; PIMCO Bermuda Trust IV:  PIMCO Global High Yield Strategy Fund; PIMCO Bermuda Trust II:  PIMCO Bermuda U.S. High Yield Fund (M); PIMCO Cayman Trust:  PIMCO Cayman Australian Multi-Sector Fund; PIMCO Cayman Trust:  PIMCO Cayman Foreign Bond Fund; PIMCO Cayman Trust:  PIMCO Cayman Global Aggregate Ex-Japan (Yen-Hedged) Bond Fund II; PIMCO Cayman Trust:  PIMCO Cayman Global Aggregate Bond Fund; PIMCO Cayman Trust:  PIMCO Cayman Global Aggregate Ex-Japan Bond Fund; PIMCO Cayman Trust:  PIMCO Cayman Global Aggregate Ex-Japan Income Fund; PIMCO Cayman Trust:  PIMCO Cayman Global Credit Alpha Fund; PIMCO Cayman Trust:  PIMCO Cayman Global Ex-Japan (Yen-Hedged) Bond Fund; PIMCO Cayman Trust - PIMCO Cayman Global High Income Fund; PIMCO Cayman Trust:  PIMCO Cayman Global High Income (Yen-Hedged) Fund; PIMCO Cayman Trust:  PIMCO Cayman U.S. Bond Fund; PIMCO Cayman Trust:  PIMCO Cayman U.S. Total Return Fund; PIMCO Funds:  PIMCO Convertible Fund; PIMCO Funds:  PIMCO Floating Income Fund; PIMCO Funds:  PIMCO Foreign Bond Fund (Unhedged); PIMCO Funds:  PIMCO Foreign Bond Fund (U.S. Dollar-Hedged); PIMCO Funds:  PIMCO Fundamental IndexPLUS® AR Fund; Equity Trustees

the United States District Court for the Central District of California, Southern Division.  In support of removal, AIG states as follows:

**BACKGROUND**

1.  On March 27, 2015, Plaintiffs PIMCO commenced this action by filing a complaint in the Superior Court of the State of California, County of Orange, captioned *Pacific Investment Management Company LLC, et. al v. American International Group, Inc.*, Case No. 30-2015-00779738-CU-SL-CXC (Cal. Sup. Ct. Mar. 27, 2015) (the "Complaint").  A copy of the Complaint, together with the related Summons and Civil Case Cover Sheet, is attached hereto as Exhibit A.

2.  According to the Complaint, this action seeks to recover under Section 11 of the Securities Act of 1933 (the "Securities Act"), 15 U.S.C. § 77k, based on events that occurred at least seven years ago.  Specifically, Plaintiffs PIMCO seek

---

Limited as responsible entity for PIMCO Global Bond Fund; PIMCO Funds: PIMCO Global Bond Fund (Unhedged); PIMCO Funds:  PIMCO Global Bond Fund (U.S. Dollar-Hedged); PIMCO Bermuda Trust IV:  PIMCO Global Bond Strategy Fund; PIMCO Funds:  PIMCO High Yield Fund; PIMCO Funds:  PIMCO High Yield Municipal Bond Fund; PIMCO Funds:  PIMCO Investment Grade Corporate Bond Fund; PIMCO Funds:  PIMCO Long Duration Total Return Fund; PIMCO Funds:  PIMCO Mortgage-Backed Securities Fund; PIMCO Funds:  PIMCO Real Return Asset Fund; PIMCO Funds:  PIMCO Real Return Fund; PIMCO Funds:  PIMCO Small Cap StocksPLUS® AR Strategy Fund; PIMCO Funds:  PIMCO StocksPLUS® Long Duration Fund; PIMCO Funds:  PIMCO StocksPLUS® Absolute Return Fund; PIMCO Funds:  PIMCO StocksPLUS® AR Short Strategy Fund; PIMCO Funds:  PIMCO Total Return Fund; PIMCO Variable Insurance Trust:  PIMCO Global Bond Portfolio (Unhedged); PIMCO Variable Insurance Trust:  PIMCO High Yield Portfolio; PIMCO Funds:  Global Investors Series plc, Global Bond Ex-US Fund; PIMCO Funds:  Global Investors Series plc, Global Bond Fund; PIMCO Funds:  Global Investors Series plc, Global High Yield Bond Fund; PIMCO Funds:  Global Investors Series plc, Global Investment Grade Credit Fund; PIMCO Funds:  Global Investors Series plc, High Yield Bond Fund; Fixed Income Shares:  Series C; Fixed Income Shares:  Series M; PIMCO Corporate & Income Opportunity Fund; PIMCO Corporate & Income Strategy Fund; and PIMCO High Income Fund (collectively, with Pacific Investment Management Company LLC, "PIMCO").

1  "to recover damages for losses Plaintiffs have suffered on certain securities issued
2  by [AIG] that Plaintiffs purchased in or traceable to offerings . . . between October
3  18, 2006 and May 12, 2008."  *See* Ex. A., § I.

4      3.    According to the Complaint, Plaintiffs PIMCO seek "all damages and
5  other remedies set forth in the Securities Act," "reasonable costs and expenses
6  incurred in this action, including counsel fees and expert fees," and "such other and
7  further relief as the Court may deem just and proper."  *See* Ex. A, § XIII (A), (B),
8  (C).

9      4.    Plaintiffs excluded themselves from the settlement class in *In re
10 American International Group, Inc. 2008 Securities Litigation*, No. 08-CV-4772,
11 which recently settled after nearly seven years of active litigation in the United
12 States District Court for the Southern District of New York (the "AIG Class
13 Action").

14     5.    Like the AIG Class Action, Plaintiffs PIMCO's Complaint here alleges
15 that AIG made false and misleading public statements about AIG's exposure to the
16 subprime mortgage market between 2006 and 2008 in violation of the federal
17 securities laws.

18     6.    PIMCO's claims also substantially overlap with claims asserted in, and
19 arise out of the same nucleus of operative facts as alleged in, nine other "opt-out"
20 actions pending in the United States District Court for the Southern District of New
21 York brought by other similarly situated investors who excluded themselves from
22 the AIG Class Action settlement.[2]

---

[2] *Kuwait Investment Authority v. AIG, Inc. et al.*, No. 11-CV-8403 (LTS) (DCF); *Oppenheimer Equity Funds, Inc., et al. v. AIG, Inc., et al.*, No. 12-CV-523 (LTS) (DCF); *British Coal Staff Superannuation Scheme, et al. v. AIG, Inc., et al.*, 12-CV-4555 (LTS) (DCF); *Pacific Life Funds, et al. v. AIG, Inc., et al.*, No. 12-CV-6071 (LTS) (DCF); *Teachers Retirement System of the State of Illinois v. AIG, et al.*, No. 13-CV-3377 (LTS) (DCF); *GIC Private Limited v. AIG, Inc.*, No. 13-CV-6565 (LTS) (DCF); *Regents of the University of California v. AIG, Inc., et al.*, No. 14-

## GROUNDS FOR REMOVAL

7. Federal courts have original jurisdiction over Securities Act claims, 15 U.S.C. § 77v; 28 U.S.C. § 1331.

8. AIG is entitled to remove the action under 28 U.S.C. § 1441(a), which provides that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

9. Plaintiffs PIMCO contend in their Complaint that "this action is not removable to federal court." Ex. A, ¶ 28.

10. The Securities Act's removal bar is inapplicable to this action. The removal bar provides that "no case arising under [the Securities Act] and brought in any State court *of competent jurisdiction* shall be removed to any court of the United States." 15 U.S.C. § 77v(a) (emphasis added). By its express terms, the bar does not apply to actions brought in state courts that do not possess competent jurisdiction.

11. The Securities Act, as amended by the Securities Litigation Uniform Standards Act of 1998, expressly strips state courts of jurisdiction over claims like this one—claims asserting violations of the Securities Act "as provided in [15 U.S.C. § 77p] with respect to covered class actions." 15 U.S.C. § 77v(a). This action is a "covered class action" because it is a "single lawsuit in which damages are sought on behalf of more than 50 persons." 15 U.S.C. § 77p(f)(2)(A)(i)(I).

---

CV-1270 (LTS) (DCF); and *General Electric Pension Trust, et al. v. AIG, Inc.*, No. 15-CV-957 (LTS) (DCF); *Lord Abbett Affiliated Fund, Inc., et al. v. AIG, Inc., et al.* No. 15-CV-00774 (LTS) (DCF). Two other cases, *Stichting Pensioenfonds Metalektro et al v. AIG*, No. 13 Civ. 6502 and *Dow 30SM Enhanced Premium & Income Fund, et al. v. AIG, et al.*, No. 14 Civ. 1652, were voluntarily dismissed because the *Stichting* and *Dow* plaintiffs remained in the class.

12. The Superior Court of the State of California, County of Orange therefore is not a court of competent jurisdiction over this action.

13. Because the federal courts have exclusive jurisdiction over this federal question case pursuant to 28 U.S.C. §1331 and 15 U.S.C. § 77v(a), the case is properly removable to this court under 28 U.S.C. § 1441(a).

**PROCEDURAL REQUIREMENTS FOR REMOVAL**

14. Removal is timely under 28 U.S.C. § 1446(b)(1).

15. Defendant first received a copy of the California Complaint when it was served with process on March 31, 2015.  Thus, Defendant's time to respond has not expired.  Nor has Defendant served or filed an answer or motion in response to the California Complaint or otherwise appeared in the action.  No motion or proceeding is pending in the action in the Superior Court of the State of California, County of Orange.

16. In accordance with 28 U.S.C. § 1446 and the Federal Rules of Civil Procedure, AIG will promptly: (a) file a true and correct copy of this Notice of Removal with the clerk of the Superior Court of the State of California, County of Orange; (b) serve a true and correct copy of this Notice of Removal on all adverse parties (PIMCO); and (c) file with this Court a Certificate of Service of Notice to Adverse Parties of Removal to Federal Court.

17. AIG reserves the right to submit additional evidence and argument as needed to supplement and support this "short and plain statement of the grounds for removal."  28 U.S.C. § 1446(a).

18. AIG will also move to transfer venue, pursuant to 28 U.S.C. § 1404, to the United States District Court for the Southern District of New York where the alleged wrongdoing is alleged to have taken place, where almost all of the principal witnesses are located, and where all other related litigations are pending.

/ / /

/ / /

1 | Based on the foregoing, AIG hereby removes the action from the Superior
2 | Court of the State of California, County of Orange, to the United States District
3 | Court for the Central District of California, Southern Division.

4 | DATED:  April 30, 2015                     GREENBERG GROSS LLP

By:     /s/ Alan A. Greenberg
　　　　Alan A. Greenberg
　　　　Bret D. Hembd
　　　　Adam Sechooler
　　　　Attorneys for Defendant AMERICAN
　　　　INTERNATIONAL GROUP, INC.