BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
BLAIR A. NICHOLAS (Bar No. 178428)
TIMOTHY A. DELANGE (Bar. No. 190768)
DAVID R. KAPLAN (Bar No. 230144)
LUCAS E. GILMORE (Bar No. 250893)
BRANDON MARSH (Bar No. 268316)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:    (858) 793-0323
bnicholas@blbglaw.com
timothyd@blbglaw.com
davidk@blbglaw.com
lucas.gilmore@blbglaw.com
brandon.marsh@blbglaw.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN INTERNATIONAL GROUP, INC., <br><br> Defendant. | Case No. 15-cv-00687-DOC-DFM <br><br> **AFFIDAVIT OF SERVICE** <br><br> Date:    June 8, 2015 <br> Time:    8:30 a.m. <br> Judge:   Hon. David O. Carter <br> Ctrm:    9D |

I, Jessica Cuccurullo, do hereby certify that on this 18th day of May, 2015, true and correct copies of the foregoing were filed electronically.

- **PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR OPPOSITION TO MOTION TO TRANSFER VENUE TO S.D.N.Y. PURSUANT TO 28 U.S.C. § 1404; and**

- **AFFIDAVIT OF SERVICE**

Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's system, and notice of this filing will be sent to the parties by operation of the Court's ECF System.  Attorneys not registered with the Court's ECF systems will be duly and properly served in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules (see attached service list).

Jessica Cuccurullo, CP

1

## SERVICE LIST

Adam Sechooler
Bret D. Hembd
Alan Greenberg
**GREENBERG GROSS LLP**
650 Town Center Drive, Suite 1750
Costa Mesa, CA 92626
Tel: (949) 383-2820
Fax: (949) 383-2801
Email: asechooler@ggtriallaw.com
Email: bhembd@ggtriallaw.com
Email: agreenberg@ggtriallaw.com

*Counsel for Defendants American*
*International Group, Inc.*

Stacy Nettleton
Joseph S. Allerhand
Robert F. Carangelo
Christopher M. Gismondi
**WEIL, GOTSHAL & MANGES, LLP**
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8725
Fax: (212) 310-8007
Email: stacy.nettleton@weil.com
Email: joseph.allerhand@weil.com
Email: robert.carangelo@weil.com
Email: chris.gismondi@weil.com

*Counsel for Defendants American*
*International Group, Inc.*

2