

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| **WESTERN DIVISION**<br>312 North Spring Street, Room G–8<br>Los Angeles, CA 90012<br>Tel: (213) 894–3535 | **SOUTHERN DIVISION**<br>411 West Fourth Street, Suite 1053<br>Santa Ana, CA 92701–4516<br>(714) 338–4750 |
| **TERRY NAFISI**<br>District Court Executive and<br>Clerk of Court | **EASTERN DIVISION**<br>3470 Twelfth Street, Room 134<br>Riverside, CA 92501<br>(951) 328–4450 |

June 10, 2015

  Orane County Superior Court
  700 Civic Center Drive West
  Santa Ana, CA 92701

Re:  Case Number:   __8:15–cv–00687–DOC–DFM__
     Previously Superior Court Case No.   __30–2015–00779738__
     Case Name:   __PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ET AL V. AMERICAN INTERNATIONAL GROUP, INC.__

Dear Sir/Madam:

   Pursuant to this Court's ORDER OF REMAND issued on   __7/10/15__  , the above–referenced case is hereby remanded to your jurisdiction.

   Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

   Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

                                    Respectfully,

                                    Clerk, U.S. District Court

                                    By: __/s/ Trina Debose__
                                        Deputy Clerk
                                        (714) 338–4568
                                        Southern Division

*cc: Counsel of record*

---

Receipt is acknowledged of the documents described herein.

                                    Clerk, Superior Court

_____              By: _____
Date                                    Deputy Clerk

CV–103 (09/08)    LETTER OF TRANSMITTAL – REMAND TO SUPERIOR COURT (CIVIL)